UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


John M. Escobar, III

                    v.                                          Civil No. 12-cv-167-JL

NH State Prison, Warden


O R D E R


On September 27, 2012 the Court issued an order directing the Clerk's Office to make

service upon the New Hampshire Office of the Attorney General ("AG"), as provided in the

Agreement of Acceptance of Service, on the behalf of FNU Hazard.  The Attorney General's

Office filed said agreement (doc. no. 21) on October 26, 2012.

On October 9, 2012, prior to the Agreement of Acceptance of Service being filed, Plaintiff

file a Motion to Amend Complaint (doc. no. 19).  Notice of the Motion to Amend is herewith

given to the Attorney General's Office and any response shall be due by November 20, 2012.

SO ORDERED.


November 6, 2012                                    _____
                                                   Landya B. McCafferty
                                                   Magistrate Judge


cc:     John M. Escobar, III
        Laura E. B. Lombardi, Esq.